UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CAPITAL ONE BANK (USA), N.A.,<br><br>      Plaintiff,<br><br>      v.<br><br>DAVID F. COURY,<br><br>      Defendant. | Case No. 18-cv-01854-DMR<br><br>**ORDER TO SHOW CAUSE** |

On March 26, 2018, Defendant David F. Coury removed this case from Superior Court of California, County of Marin, where it was pending as a complaint by Plaintiff Capital One Bank (USA), N.A., for common counts. Plaintiff seeks damages of $11,445.30. Compl.

Pursuant to 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or other defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). "If the district court at any time determines that it lacks jurisdiction over the removed action, it must remedy the improvident grant of removal by remanding the action to state court." *Cal. ex rel. Lockyer v. Dynegy, Inc.*, 375 F.3d 831, 838 (9th Cir.), *opinion amended on denial of reh'g,* 387 F.3d 966 (9th Cir. 2004) (citing 28 U.S.C. § 1447). "The removal statute is strictly construed against removal jurisdiction, and the burden of establishing federal jurisdiction falls to the party invoking the statute." *Id*.

Here, the Notice of Removal does not state any ground for removal of the complaint. *See* 28 U.S.C. § 1446(a) ("A defendant . . . desiring to remove any civil action from a State court shall file . . . a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal . . ."). Further, no basis for removal is presented on the face of the complaint. Accordingly, IT IS HEREBY ORDERED that,

1    **by no later than April 6, 2018,** Defendant shall file a statement setting forth the basis for this

2    court's jurisdiction over this action, and explaining why this action should not be remanded to the

3    Marin County Superior Court.

4

5           **IT IS SO ORDERED.**

6    Dated: March 28, 2018

7                              _____

8                              DONNA M. RYU
                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL ONE BANK (USA), N.A.,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVID F. COURY,<br><br>                    Defendant. | Case No.  4:18-cv-01854-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David F. Coury
P.O. Box 278
Corte Madera, CA 94976

Dated: March 28, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU