IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAPITAL ONE BANK (USA), N.A.,

        Plaintiff,

    v.

DAVID F. COURY,

        Defendant.

Case No. 18-cv-01854-MMC

**ORDER ADOPTING REPORT AND RECOMMENDATION IN FULL; REMANDING ACTION; DIRECTIONS TO CLERK**

Before the Court is the Report and Recommendation, filed May 1, 2018, in which Magistrate Judge Donna M. Ryu recommends that the above-titled action be remanded to state court, for lack of subject matter jurisdiction. No party has filed an objection or response thereto.

The Court, having read and considered the Report and Recommendation, hereby ADOPTS the Report and Recommendation in full, and, accordingly, REMANDS the above-titled action to the Superior Court of California, in and for the County of Marin.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 23, 2018

MAXINE M. CHESNEY
United States District Judge